# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | CASE NO. 1:08-cv-00425-AWI-YNP PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 9) |
| S.R. CUNNINGHAM, et al., | |
| Defendants. | |

Plaintiff Fred Price ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 2, 2009, Plaintiff filed a motion requesting that the Court allow Plaintiff to pursue his legal claims. (Doc. #9.)  Plaintiff complains that his claims have not yet be reviewed.  Plaintiff's complaint is currently pending statutory screening under 28 U.S.C. § 1915A(a).  The Court advises Plaintiff that there are many cases currently pending before the Court, and the Court will review and screen Plaintiff's claims in due course.

Accordingly, Plaintiff's motion, filed on July 2, 2009, is DENIED.

IT IS SO ORDERED.

Dated:   **February 18, 2010**            **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

1