# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | CASE NO. 1:08-cv-00425-AWI-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS CUNNINGHAM AND MULLINS TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING |
| v. | |
| S. R. CUNNINGHAM, et al., | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff Fred Price ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed March 24, 2008, against Defendants Cunningham and Mullins for violations of the First and Eighth Amendments. On May 25, 2011, an order issued revoking Plaintiff's in forma pauperis status and requiring that he pay the filing fee. (ECF No. 35.) On August 9, 2011, Plaintiff submitted the filing fee. Accordingly, Defendants shall file an answer to the complaint or other responsive pleading within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 24, 2011**          /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1