# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | CASE NO. 1:08-cv-00425-AWI-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION TO TIME AND MOTION FOR RECONSIDERATION |
| v. | |
| S. R. CUNNINGHAM, et al., | (ECF No. 43) |
| Defendants. | |

Plaintiff Fred Price ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2011, Plaintiff filed a motion for a sixty day extension of time to file a motion for reconsideration and on June 14, 2011, Plaintiff filed a motion for reconsideration of the order revoking his in forma pauperis status. (ECF No. 34, 43.) On August 9, 2011, Plaintiff submitted the filing fee for this action. According, Plaintiff's motion for reconsideration and motion for an extension of time are DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 24, 2011**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE