# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | CASE NO. 1:08-cv-00425-AWI-BAM PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE |
| v. | |
| S. R. CUNNINGHAM, et al., | (ECF No. 54) |
| Defendants. | |

Plaintiff Fred Price ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on March 24, 2008. A discovery and scheduling order issued on November 21, 2011. This action is currently in the discovery phase, and on December 1, 2011, Defendants filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **December 2, 2011**        /s/ **Barbara A. McAuliffe**
                                                          UNITED STATES MAGISTRATE JUDGE

1