# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE,<br><br>        Plaintiff,<br><br>   v.<br><br>S. R. CUNNINGHAM, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-00425-AWI-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE DEFENDANTS CUNNINGHAM AND MULLINS BY VIDEO CONFERENCE<br><br>(ECF No. 58) |

Plaintiff Fred Price ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on March 24, 2008. A discovery and scheduling order issued on November 21, 2011. This action is currently in the discovery phase, and on January 27, 2012, Plaintiff filed a motion seeking leave to depose Defendants Cunningham and Mullins by video conference. Fed. R. Civ. P. 30(b)(4). Plaintiff is advised that he is required to bear the costs of recording the deposition. Fed. R. Civ. P. 30(b)(3)(A)(B).

Good cause having been shown, Plaintiff's motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **January 27, 2012**          **/s/ Barbara A. McAuliffe**
                                                     UNITED STATES MAGISTRATE JUDGE