1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    FRED PRICE,                                    CASE NO. 1:08-cv-00425-AWI-BAM PC

10                              Plaintiff,          ORDER GRANTING PLAINTIFF'S MOTION
                                                   FOR LEAVE TO DEPOSE DEFENDANTS
11          v.                                      CUNNINGHAM AND MULLINS BY VIDEO
                                                   CONFERENCE
12   S. R. CUNNINGHAM, et al.,

13                              Defendants.         (ECF No. 58)
     _____/
14

15          Plaintiff Fred Price ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in

16   this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on March 24, 2008.  A

17   discovery and scheduling order issued on November 21, 2011.  This action is currently in the

18   discovery phase, and on January 27, 2012, Plaintiff filed a motion seeking leave to depose

19   Defendants Cunningham and Mullins by video conference. Fed. R. Civ. P. 30(b)(4).  Plaintiff is

20   advised that he is required to bear the costs of recording the deposition.  Fed. R. Civ. P.

21   30(b)(3)(A)(B).

22          Good cause having been shown, Plaintiff's motion is HEREBY GRANTED.

23          IT IS SO ORDERED.

24   **Dated:   January 27, 2012**              _____ /s/ **Barbara A. McAuliffe**_____
                                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28

1