# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE,<br><br>                    Plaintiff,<br><br>     v.<br><br>S. R. CUNNINGHAM, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:08-cv-00425-AWI-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND VACATING ORDER<br><br>(ECF Nos. 59, 60) |

Plaintiff Fred Price ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2012, an order issued granting Plaintiff's motion to depose Defendants by video conference. (ECF No. 59.) On February 23, 2012, Plaintiff filed a motion requesting that the order be reversed, which the Court construes as a motion to withdraw his request to depose Defendants by video conference. (ECF No. 60.) Accordingly it is HEREBY ORDERED that:

    1.    Plaintiff's motion, filed February 23, 2012, is GRANTED; and

    2.    The order granting Plaintiff's motion to depose Defendants by video conference, filed January 30, 2012, is VACATED.

IT IS SO ORDERED.

Dated:   **February 24, 2012**               /s/ **Barbara A. McAuliffe**
                                                               UNITED STATES MAGISTRATE JUDGE