# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | CASE NO. 1:08-cv-00425-AWI-BAM PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION AND VACATING ORDER |
| v. | (ECF Nos. 59, 60) |
| S. R. CUNNINGHAM, et al., | |
| Defendants. | |

Plaintiff Fred Price ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2012, an order issued granting Plaintiff's motion to depose Defendants by video conference. (ECF No. 59.) On February 23, 2012, Plaintiff filed a motion requesting that the order be reversed, which the Court construes as a motion to withdraw his request to depose Defendants by video conference. (ECF No. 60.) Accordingly it is HEREBY ORDERED that:

1. Plaintiff's motion, filed February 23, 2012, is GRANTED; and
2. The order granting Plaintiff's motion to depose Defendants by video conference, filed January 30, 2012, is VACATED.

IT IS SO ORDERED.

Dated:   **February 24, 2012**          /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1