1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    FRED PRICE,                              1:08-cv-0425-AWI-BAM (PC)

12           Plaintiff,                        ORDER GRANTING DEFENDANTS'
                                               FIRST MOTION TO EXTEND TIME TO
13       vs.                                   FILE DISPOSITIVE MOTIONS

14    S.R. CUNNINGHAM, et al,                  (ECF No. 70)

15           Defendants.                       DEADLINE:  OCTOBER 8, 2012

16    _____/

17           On September 27, 2012, Defendants' filed a motion to extend time to file a dispositive

18    motion.  Good cause having been presented to the court and GOOD CAUSE APPEARING

19    THEREFOR, IT IS HEREBY ORDERED that:

20           Defendants' are granted until October 8, 2012 in which to file a dispositive motion.

21

22           IT IS SO ORDERED.

23    **Dated:**    **September 28, 2012**            _____ **/s/ Barbara A. McAuliffe**_____

24                                               UNITED STATES MAGISTRATE JUDGE

25

26

27

28