IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | 1:08-cv-0425-AWI-BAM (PC) |
|       Plaintiff, | ORDER GRANTING DEFENDANTS'<br>FIRST MOTION TO EXTEND TIME TO |
|    vs. | FILE DISPOSITIVE MOTIONS |
| S.R. CUNNINGHAM, et al, | (ECF No. 70) |
|       Defendants. | DEADLINE:  OCTOBER 8, 2012 |
| _____/ | |

On September 27, 2012, Defendants' filed a motion to extend time to file a dispositive motion.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' are granted until October 8, 2012 in which to file a dispositive motion.

IT IS SO ORDERED.

**Dated:**   **September 28, 2012**             **/s/ Barbara A. McAuliffe**

                                  UNITED STATES MAGISTRATE JUDGE