# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | CASE NO. 1:08-cv-00425-AWI-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO PROVIDE SUPPLEMENTAL BRIEFING ON MOTION FOR PROTECTIVE ORDER |
| v. | |
| S. R. CUNNINGHAM, et al., | (ECF Nos. 64, 66, 68) |
| Defendants. | FIFTEEN DAY DEADLINE |

Plaintiff Fred Price ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 19, 2012, Plaintiff filed a motion for a protective order due to the subpoena by Defendants for his medical records. Plaintiff contends that the subpoena is overly broad and attempts to obtain irrelevant information. Defendants contend that Plaintiff has placed his medical records at issue and the records are relevant.

Upon review of the pleadings, Defendants subpoena duces tecum requested all of Plaintiff's medical records. On its face this appears to be overly broad as Defendants did not limit the information by time period or by requesting records that are related to the medical conditions at issue in this action. Accordingly, within fifteen days from the date of service of this order, Defendants are ordered to provide supplemental briefing to inform the Court if they have received the requested records and to identify by category the dates of the records received and to identify their relevance in this action.

IT IS SO ORDERED.

Dated:   October 15, 2012                         /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE

1