1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8

9   FRED PRICE,                              CASE NO. 1:08-cv-00425-AWI-BAM PC

10                  Plaintiff,          ORDER STRIKING PLAINTIFF'S RESPONSE
                                               TO DEFENDANTS' SUPPLEMENTAL

11     v.                               BRIEFING

12   S. R. CUNNINGHAM, et al.,          (ECF No. 84)

13                Defendants.
                             /

14

15       On July 19, 2012, Plaintiff filed a motion for a protective order.  (ECF No. 64.)  Defendants

16 filed an opposition on August 6, 2012, and Plaintiff filed a rely on August 15, 2012.  (ECF Nos. 66,

17 68.)  On October 16, 2012, the Court ordered Defendants to provide supplemental briefing to inform

18 the Court if Plaintiff's medical records had been received and to identify any records received by

19 category.  (ECF No. 75.)  Defendants filed supplemental briefing on October 30, 2012, and an order

20 issued granting Plaintiff's motion for a protective order on November 1, 2012.  (ECF Nos. 82, 83.)

21 On November 13, 2012, Plaintiff filed a response to Defendants' supplemental briefing.  (ECF No.

22 84.)  The Court did not grant Plaintiff leave to file a response to the supplemental briefing and

23 Plaintiff's response to Defendants' supplemental briefing, filed November 13, 2012, is HEREBY

24 ORDERED stricken from the record.

25       IT IS SO ORDERED.

26 **Dated:**   **November 14, 2012**         **/s/ Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE

27
28

1