# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE, | Case No. 1:08-cv-00425-AWI-BAM PC |
| Plaintiff, | |
| vs. | |
| S.R. CUNNINGHAM, et al., | **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Fred Price, CDCR # H-63510, a necessary and material witness in a settlement conference in this case on October 31, 2013, is confined in Salinas Valley State Prison (SVSP), 31625 Highway 101, Soledad, California 93960, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman via videoconference from SVSP on Thursday, October 31, 2013 at 12:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference via videoconference from SVSP at the date and time above, until completion of the settlement conference or as ordered by Judge Newman.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman via videoconference from SVSP at the date and time above, until completion of the settlement conference or as ordered by Judge Newman.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:  **October 22, 2013**                /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE