**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
CUNNINGHAM and MULLINS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PRICE,<br><br>            Plaintiff,<br>vs.<br><br>S.R. CUNNINGHAM, B. GAMBLIN, J. HARTMAN, MULLINS, J. MACK, K.L. LARGE, E. SAILOR, LINICER, HOPKINS, et al.,<br>            Defendants. | CASE NO: 1:08-cv-00425-AWI-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

///

///

///

///

///

///

///

///

///

///

///

The parties to this action hereby stipulate to the dismissal of the action in its entirety, with prejudice.

Dated: November 16, 2013      /s/ Fred Price
                              FRED PRICE, Plaintiff

Dated: March 24, 2014         WILLIAMS & ASSOCIATES

                              /s/ Matthew Ross Wilson
                              MATTHEW ROSS WILSON, CSB #236309
                              Attorneys for defendants CUNNINGHAM and MULLINS

**IT IS SO ORDERED**

IT IS SO ORDERED.

Dated:   March 24, 2014                   _____
                                          SENIOR DISTRICT JUDGE

2